FILED
Jun 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY GUZMAN,<br><br>    Defendant. | No. 1:21-MJ-00053 SKO<br><br>[PROPOSED] ORDER |

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to ANTHONY GUZMAN.

Dated: June 17, 2021

_____
HONORABLE STANLEY A. BOONE
U.S. Magistrate Court Judge

1